UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL C. MACIAS, ) | CIV-F-04-6378 AWI |
| ) | |
| Appellant, ) | ORDER DISMISSING APPEAL |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Appellee. ) | |

    Appellant initiated an appeal from an order of the bankruptcy court on October 7, 2004. Doc. 1. On October 27, 2004, the bankruptcy clerk's office sent notice to the parties that the record on appeal was incomplete. Doc. 4. There was no response from the parties. On March 28, 2006, this court issued an Order to Show Cause, directing Appellant to show cause in writing within 20 days why this appeal should not be denied for failure to prosecute. Doc. 5. Appellant has not responded to the Order. At this point, there is no record on appeal and there has been no contact from the Appellant since October 2004; Appellant appears to have abandoned the case. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted.

    Given these circumstances, the appeal is DISMISSED.

IT IS SO ORDERED.

Dated:   August 24, 2006            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE